UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LOOKNAUGHT  PERREIRA,

                     Petitioner,

   -against-

UNITED STATES OF AMERICA,

                     Respondent.
-----------------------------------------------------------------------X

**JUDGMENT**
05-CV- 3870 (FB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆  [illegible date]  ☆

BROOKLYN OFFICE

     An Order of Honorable Frederic Block, United States District Judge, having been filed on July 27, 2006, dismissing petitioner's petition without prejudice; it is

     ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered dismissing the action without prejudice.

Dated: Brooklyn, New York
      July 27, 2006

                                   ROBERT C. HEINEMANN
                                   Clerk of Court